IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABIMAEL MANSO-DIAZ )
    Plaintiff, )
)
)
Vs. )     Civil Action No. 05-192 Erie
)
JAMES F. SHERMAN )
    Defendant. )

ORDER

AND NOW, this ___27th___ day of July, 2005,

IT IS HEREBY ORDERED that this case be referred to United States Magistrate

Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act,

28 U.S.C. Section 636(b)(1)(A) and (B) and the Local Rules 72.1.3. and 72.1.4,

IT IS FURTHER ORDERED that on each document filed , the parties shall add to

the caption under the Civil Action No.

"JUDGE SEAN J. McLAUGHLIN/MAGISTRATE JUDGE SUSAN PARADISE BAXTER"

using the name of the assigning judge and the magistrate handling the case.

                S/Sean J. McLaughlin_____
               Sean J. McLaughlin
               United States District Judge

cc: Honorable Susan Paradise Baxter, Untied States Magistrate Judge
    All parties of record__nk__