IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
ABIMAEL MANSO-DIAZ,               :
                                  :
        Plaintiff,                :
                                  :    CIVIL ACTION NO. 05-192E
        v.                        :
                                  :    JUDGE McLAUGHLIN
                                  :
WARDEN JAMES SHERMAN,             :    (Electronic Filing)
                                  :
        Defendant.                :
```

**NOTICE OF ENTRY OF APPEARANCE**

TO:   Clerk of Court
      United States District Court
      Western District of Pennsylvania

And now comes Michael C. Colville, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully enters his appearance as lead attorney to be noticed for Defendant in the above-captioned case, in order to ensure that he receives electronic notice of all documents filed in this proceeding.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

 s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 894-7337
PA ID No. 56668

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within NOTICE OF APPEARANCE was served by electronic filing and/or postage paid U.S. Mail, to and upon the following:

>Marc Shatkin, Esquire
>SHATKIN & SHATKIN
>434 Delaware Avenue
>Buffalo, NY 14202

 s/ Michael C. Colville
MICHAEL C. COLVILLE
Assistant U.S. Attorney

Dated:  August 1, 2005