```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

```
ABIMAEL MANSO-DIAZ,            :
                               :
        Plaintiff,             :
                               :    CIVIL ACTION NO. 05-192E
        v.                     :
                               :    JUDGE McLAUGHLIN
                               :
WARDEN JAMES SHERMAN,          :    (Electronic Filing)
                               :
        Defendant.             :
```

**DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE,**
**MOTION FOR SUMMARY JUDGMENT**

AND NOW, come Defendant, by and through his attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Michael C. Colville, Assistant United States Attorney for said district, and, pursuant to Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure, respectfully move this Court to issue an Order dismissing the Complaint of Plaintiff, Abimael Manso-Diaz, or, in the alternative, for summary judgment in favor of Defendant, upon the grounds that the pleadings on file, together with the attached declarations and exhibits show that there is no genuine issue as to any material fact and that the Defendant is entitled to judgment as a matter of law.

A Memorandum of Law in support of this Motion, together with declarations with exhibits, is being filed simultaneously herewith and the contents therein incorporated by reference.

WHEREFORE, Defendant respectfully requests that this Court issue an Order dismissing the Complaint of Plaintiff, Abimael Manso-Diaz, or in the alternative, for summary judgment in favor of the Defendant.

    Respectfully submitted,

    MARY BETH BUCHANAN
    United States Attorney


    s/ Michael C. Colville
    MICHAEL C. COLVILLE
    Assistant U.S. Attorney
    Western District of PA
    U. S. Post Office & Courthouse
    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219
    (412) 894-7337
    PA ID No. 56668

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT was served by mail upon the following:

>Marc Shatkin, Esquire
>SHATKIN & SHATKIN
>434 Delaware Avenue
>Buffalo, NY 14202

>_s/ Michael C. Colville_
>MICHAEL C. COLVILLE
>Assistant U.S. Attorney

Date:  August 1, 2005