IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIMAEL MANSO-DIAZ, | : |
| | : |
| Plaintiff, | : |
| | :    CIVIL ACTION NO. 05-192E |
| v. | : |
| | :    JUDGE McLAUGHLIN |
| | : |
| WARDEN JAMES SHERMAN, | :    *(Electronic Filing)* |
| | : |
| Defendant. | : |

## **O R D E R**

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of the Motion to Dismiss heretofore filed by Defendant, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Complaint heretofore filed by Plaintiff is hereby dismissed, with prejudice.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE

cc: All counsel of record