Document 1a



```
NERH4           *       PUBLIC INFORMATION       *    04-27-2005
PAGE 001        *          INMATE DATA           *    11:53:24
                        AS OF 04-27-2005

REGNO..: 09105-055 NAME: MANSO-DIAZ, ABIMAEL

                   RESP OF: CPG / COMMUNITY CONFINEMENT CASE
                   PHONE..: 412-395-4740      FAX: 412-395-4730
                                              RACE/SEX...: BLACK / MALE
FBI NUMBER.: 4205DB9                          DOB/AGE....: 11-25-1966 / 38
PROJ REL MT: SUPERVISED RELEASE CCC REMOVED   PAR ELIG DT: N/A
PROJ REL DT: 05-10-2005                       PAR HEAR DT:
---------------------------- ADMIT/RELEASE HISTORY ----------------------------
FCL    ASSIGNMENT  DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
CPG    A-COM CON   COMMUNITY CONFINEMENT CASE  02-21-2005 1136 CURRENT
2-A    RELEASE     RELEASED FROM IN-TRANSIT FACL 02-21-2005 1136 02-21-2005 1136
2-A    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 02-16-2005 1507 02-21-2005 1136
CPG    ADMIN REL   ADMINISTRATIVE RELEASE      02-16-2005 1507 02-16-2005 1507
CPG    A-ADMIN     ADMINISTRATIVE ADMISSION    02-16-2005 1506 02-16-2005 1507
MCK    FT REL      FULL TERM RELEASE           05-11-2004 0800 02-16-2005 1506
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 12-16-2003 1100 05-11-2004 0800
2-A    RELEASE     RELEASED FROM IN-TRANSIT FACL 12-16-2003 1100 12-16-2003 1100
2-A    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 12-09-2003 0944 12-16-2003 1100
CPG    ADMIN REL   ADMINISTRATIVE RELEASE      12-09-2003 0944 12-09-2003 0944
CPG    A-ADMIN     ADMINISTRATIVE ADMISSION    12-05-2003 0825 12-09-2003 0944
CUM    FT REL      FULL TERM RELEASE (CCCA)    10-30-1998 1208 12-05-2003 0825
CUM    A-DES       DESIGNATED, AT ASSIGNED FACIL 10-26-1998 1744 10-30-1998 1208
4-D    RELEASE     RELEASED FROM IN-TRANSIT FACL 10-26-1998 1744 10-26-1998 1744
4-D    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-20-1998 1248 10-26-1998 1744
OTV    HLD REMOVE  HOLDOVER REMOVED            10-20-1998 1248 10-20-1998 1248
OTV    A-HLD       HOLDOVER, TEMPORARILY HOUSED 09-22-1998 1942 10-20-1998 1248
2-A    RELEASE     RELEASED FROM IN-TRANSIT FACL 09-22-1998 1942 09-22-1998 1942
2-A    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-11-1998 1025 09-22-1998 1942
CPG    ADMIN REL   ADMINISTRATIVE RELEASE      09-11-1998 1025 09-11-1998 1025
CPG    A-ADMIN     ADMINISTRATIVE ADMISSION    09-11-1998 1020 09-11-1998 1025
MCK    FT REL      FULL TERM RELEASE (CCCA)    02-18-1998 0942 09-11-1998 1020
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 11-21-1997 1330 02-18-1998 0942
2-A    RELEASE     RELEASED FROM IN-TRANSIT FACL 11-21-1997 1330 11-21-1997 1330
2-A    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-29-1997 1455 11-21-1997 1330
CPG    ADMIN REL   ADMINISTRATIVE RELEASE      10-29-1997 1455 10-29-1997 1455
CPG    A-ADMIN     ADMINISTRATIVE ADMISSION    10-29-1997 1450 10-29-1997 1455




G0002      MORE PAGES TO FOLLOW . . .
```

```
NERH4               *         PUBLIC INFORMATION          *      04-27-2005
PAGE 002            *             INMATE DATA             *      11:53:24
                              AS OF 04-27-2005

REGNO..: 09105-055  NAME: MANSO-DIAZ, ABIMAEL

                    RESP OF: CPG / COMMUNITY CONFINEMENT CASE
                    PHONE..: 412-395-4740    FAX: 412-395-4730
THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-10-2005 VIA SUPV REL

------------------------CURRENT JUDGMENT/WARRANT NO: 040 -------------------------

COURT OF JURISDICTION...........: NEW YORK, WESTERN DISTRICT
DOCKET NUMBER...................: 1:03M2102-001
JUDGE...........................: SCOTT
DATE SENTENCED/PROBATION IMPOSED: 11-13-2003
DATE COMMITTED..................: 02-21-2005
HOW COMMITTED...................: 3583 SUPERVISED RLSE CCC COMT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $00.00          $25.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:    $10,934.10

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  261
OFF/CHG: 18:641-THEFT OF GOVERNMENT PROPERTY

  SENTENCE PROCEDURE.............: 3583 SUPV RELEASE CCC COMMITMENT PLRA
  SENTENCE IMPOSED/TIME TO SERVE.:     2 MONTHS    20 DAYS
  DATE OF OFFENSE................: 12-01-2002




G0002         MORE PAGES TO FOLLOW . . .
```

```
NERH4               *         PUBLIC INFORMATION        *     04-27-2005
PAGE 003            *            INMATE DATA            *     11:53:24
                              AS OF 04-27-2005

REGNO..: 09105-055 NAME: MANSO-DIAZ, ABIMAEL

                    RESP OF: CPG / COMMUNITY CONFINEMENT CASE
                    PHONE..: 412-395-4740   FAX: 412-395-4730
-------------------------CURRENT COMPUTATION NO: 040 --------------------------

COMPUTATION 040 WAS LAST UPDATED ON 02-22-2005 AT CPG AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 040: 040 010

DATE COMPUTATION BEGAN..........: 02-21-2005
TOTAL TERM IN EFFECT............:      2 MONTHS      20 DAYS
TOTAL TERM IN EFFECT CONVERTED..:      2 MONTHS      20 DAYS
EARLIEST DATE OF OFFENSE........: 12-01-2002

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 05-10-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-10-2005


PROJECTED SATISFACTION DATE.....: 05-10-2005
PROJECTED SATISFACTION METHOD...: SUPV REL




G0002         MORE PAGES TO FOLLOW . . .
```

```
NERH4              *         PUBLIC INFORMATION           *     04-27-2005
PAGE 004           *            INMATE DATA               *     11:53:24
                             AS OF 04-27-2005

REGNO..: 09105-055  NAME: MANSO-DIAZ, ABIMAEL

                 RESP OF: CPG / COMMUNITY CONFINEMENT CASE

PRE-RELEASE PREPARATION DATE: 04-24-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-11-2004 VIA FT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION...........: NEW YORK, WESTERN DISTRICT
DOCKET NUMBER...................: 1:03M2102-001
JUDGE...........................: SCOTT
DATE SENTENCED/PROBATION IMPOSED: 11-13-2003
DATE COMMITTED..................: 12-16-2003
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS    MISDMNR ASSESS    FINES            COSTS
NON-COMMITTED.:    $00.00           $25.00            $00.00           $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:   $10,934.10

--------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:   261
OFF/CHG: 18:641 THEFT OF GOVERNMENT PROPERTY, CT 1

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    6 MONTHS
  TERM OF SUPERVISION............:    1 YEARS
  CLASS OF OFFENSE...............: CLASS A MISDEMEANOR
  DATE OF OFFENSE................: 12-01-2002




G0002          MORE PAGES TO FOLLOW . . .
```

```
   NERH4            *           PUBLIC INFORMATION        *      04-27-2005
   PAGE 005         *              INMATE DATA            *      11:53:24
                                AS OF 05-11-2004

REGNO..: 09105-055 NAME: MANSO-DIAZ, ABIMAEL

                       RESP OF: CPG / COMMUNITY CONFINEMENT CASE
                       PHONE..: 412-395-4740    FAX: 412-395-4730
------------------------------PRIOR COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 12-22-2003 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 030:   030 010

DATE COMPUTATION BEGAN..........: 11-13-2003
TOTAL TERM IN EFFECT............:     6 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     6 MONTHS
EARLIEST DATE OF OFFENSE........: 12-01-2002

JAIL CREDIT.....................:     FROM DATE      THRU DATE
                                      05-13-2003     05-13-2003

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 05-11-2004
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-11-2004


ACTUAL SATISFACTION DATE........: 05-11-2004
ACTUAL SATISFACTION METHOD......: FT REL
ACTUAL SATISFACTION FACILITY....: MCK
ACTUAL SATISFACTION KEYED BY....: TMK

DAYS REMAINING..................: 0
FINAL PUBLIC LAW DAYS...........: 0




G0002        MORE PAGES TO FOLLOW . . .
```

```
Case 1:05-cv-00192-SJM-SPB    Document 11-3    Filed 08/01/2005    Page 7 of 10


 NERH4              *           PUBLIC INFORMATION         *    04-27-2005
 PAGE 006           *              INMATE DATA             *    11:53:24
                               AS OF 10-30-1998

 REGNO..: 09105-055 NAME: MANSO-DIAZ, ABIMAEL

                RESP OF: CPG / COMMUNITY CONFINEMENT CASE

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
 THE INMATE WAS SCHEDULED FOR RELEASE:  10-30-1998 VIA FT REL

 ------------------------PRIOR JUDGMENT/WARRANT NO: 020 ------------------------

 COURT OF JURISDICTION...........: NEW YORK, WESTERN DISTRICT
 DOCKET NUMBER...................: 95-0055M-001
 JUDGE...........................: HECKMAN
 DATE SENTENCED/PROBATION IMPOSED: 07-25-1995
 DATE SUPERVISION REVOKED........: 08-26-1998
 TYPE OF SUPERVISION REVOKED.....: REG
 DATE COMMITTED..................: 10-26-1998
 HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
 PROBATION IMPOSED...............: NO

                 FELONY ASSESS    MISDMNR ASSESS    FINES           COSTS
 NON-COMMITTED.: $00.00           $25.00            $00.00          $00.00

 RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:   $4,171.00

 ---------------------------PRIOR OBLIGATION NO: 010 ---------------------------
 OFFENSE CODE....:  142
 OFF/CHG: 18:510(C) - FORGED ENDORSEMENT OF A U.S. TREASURY CHECK
         (SUPERVISED RELEASE VIOLATION)

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION
 SENTENCE IMPOSED/TIME TO SERVE.:     4 MONTHS
 CLASS OF OFFENSE...............: CLASS A MISDEMEANOR
 DATE OF OFFENSE................: 08-03-1993




 G0002          MORE PAGES TO FOLLOW . . .
```

```
 NERH4                *          PUBLIC INFORMATION           *     04-27-2005
 PAGE 007             *             INMATE DATA               *     11:53:24
                                 AS OF 10-30-1998

 REGNO..: 09105-055 NAME: MANSO-DIAZ, ABIMAEL

                     RESP OF: CPG / COMMUNITY CONFINEMENT CASE
                     PHONE..: 412-395-4740     FAX: 412-395-4730
 --------------------------PRIOR COMPUTATION NO: 020 -------------------------

 COMPUTATION 020 WAS LAST UPDATED ON 10-30-1998 AT CUM AUTOMATICALLY

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 PRIOR COMPUTATION 020:    020 010

 DATE COMPUTATION BEGAN..........: 08-26-1998
 TOTAL TERM IN EFFECT............:     4 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:     4 MONTHS
 EARLIEST DATE OF OFFENSE........: 08-03-1993

 JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                      05-14-1996     06-24-1996
                                      07-26-1996     09-05-1996
                                      08-10-1997     08-10-1997
                                      02-21-1998     02-26-1998
                                      03-23-1998     03-23-1998

 TOTAL PRIOR CREDIT TIME.........: 92
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 0
 TOTAL GCT EARNED................: 0
 STATUTORY RELEASE DATE PROJECTED: 09-24-1998
 SIX MONTH /10% DATE.............: 09-13-1998
 EXPIRATION FULL TERM DATE.......: 09-24-1998


 ACTUAL SATISFACTION DATE........: 10-30-1998
 ACTUAL SATISFACTION METHOD......: FT REL
 ACTUAL SATISFACTION FACILITY....: CUM
 ACTUAL SATISFACTION KEYED BY....: ELR

 DAYS REMAINING..................: 0
 FINAL PUBLIC LAW DAYS...........: 0




 G0002         MORE PAGES TO FOLLOW . . .
```

```
NERH4              *         PUBLIC INFORMATION         *      04-27-2005
PAGE 008           *             INMATE DATA            *      11:53:24
                              AS OF 02-18-1998

REGNO..: 09105-055 NAME: MANSO-DIAZ, ABIMAEL

                   RESP OF: CPG / COMMUNITY CONFINEMENT CASE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  02-18-1998 VIA FT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: NEW YORK, WESTERN DISTRICT
DOCKET NUMBER....................: 1:95-0055M-001
JUDGE............................: HECKMAN
DATE SENTENCED/PROBATION IMPOSED: 07-25-1995
DATE PROBATION REVOKED..........: 10-08-1997
TYPE OF PROBATION REVOKED.......: REG
DATE COMMITTED..................: 11-21-1997
HOW COMMITTED...................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $00.00          $25.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT:    $4,171.00

--------------------------PRIOR OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  142
OFF/CHG: T18:510(C) - FORGED ENDORSEMENT OF A U.S. TREASURY CHECK

   SENTENCE PROCEDURE..............: 3559 SRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:    3 MONTHS
   TERM OF SUPERVISION.............:    1 YEARS
   CLASS OF OFFENSE................: CLASS A MISDEMEANOR
   DATE OF OFFENSE.................: 08-03-1993




G0002          MORE PAGES TO FOLLOW . . .
```

```
 NERH4            *         PUBLIC INFORMATION           *     04-27-2005
PAGE 009 OF 009 *              INMATE DATA               *     11:53:24
                             AS OF 02-18-1998

REGNO..: 09105-055 NAME: MANSO-DIAZ, ABIMAEL

                    RESP OF: CPG / COMMUNITY CONFINEMENT CASE
                    PHONE..: 412-395-4740    FAX: 412-395-4730
---------------------------PRIOR COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-15-1998 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN.........: 11-21-1997
TOTAL TERM IN EFFECT...........:      3 MONTHS
TOTAL TERM IN EFFECT CONVERTED.:      3 MONTHS
EARLIEST DATE OF OFFENSE.......: 08-03-1993

JAIL CREDIT....................:    FROM DATE      THRU DATE
                                    04-26-1995     04-26-1995
                                    07-28-1997     07-28-1997

TOTAL PRIOR CREDIT TIME........: 2
TOTAL INOPERATIVE TIME.........: 0
TOTAL GCT EARNED AND PROJECTED.: 0
TOTAL GCT EARNED...............: 0
STATUTORY RELEASE DATE PROJECTED: 02-18-1998
SIX MONTH /10% DATE............: 02-10-1998
EXPIRATION FULL TERM DATE......: 02-18-1998


ACTUAL SATISFACTION DATE.......: 02-18-1998
ACTUAL SATISFACTION METHOD.....: FT REL
ACTUAL SATISFACTION FACILITY...: MCK
ACTUAL SATISFACTION KEYED BY...: MJC

DAYS REMAINING.................: 0
FINAL PUBLIC LAW DAYS..........: 0




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```