**Document 1b**

```
   NERH4  531.01 *              INMATE HISTORY               *     03-31-2005
PAGE 001 OF 001 *                 QUARTERS                   *     09:26:16

   REG NO..: 09105-055  NAME....: MANSO-DIAZ, ABIMAEL
   CATEGORY: QTR         FUNCTION: PRT           FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP   DATE/TIME
MCK    A01-133L    HOUSE A/RANGE 01/BED 133L    03-10-2004 1349  05-11-2004 0800
MCK    A01-131L    HOUSE A/RANGE 01/BED 131L    03-10-2004 1347  03-10-2004 1349
MCK    A01-105L    HOUSE A/RANGE 01/BED 105L    03-09-2004 1146  03-10-2004 1347
MCK    A02-218U    HOUSE A/RANGE 02/BED 218U    03-09-2004 1025  03-09-2004 1146
MCK    Z05-102LAD  HOUSE Z/RANGE 05/BED 102L AD 03-07-2004 1819  03-09-2004 1025
MCK    A01-105L    HOUSE A/RANGE 01/BED 105L    01-29-2004 0818  03-07-2004 1819
MCK    A01-132L    HOUSE A/RANGE 01/BED 132L    01-07-2004 0914  01-29-2004 0818
MCK    B04-247L    HOUSE B/RANGE 04/BED 247L    12-16-2003 1100  01-07-2004 0914
CUM    A07-201L    HOUSE A/RANGE 07/BED 201L    10-26-1998 2055  10-30-1998 1208
CUM    R01-001L    HOUSE R/RANGE 01/BED 001L    10-26-1998 1744  10-26-1998 2055
OTV    UNIT 2A     2A                           09-25-1998 1341  10-20-1998 1248
OTV    ADM DET     ADMIN DETENTION              09-22-1998 2129  09-25-1998 1341
OTV    R&D         RECEIVING AND DISCHARGE      09-22-1998 1942  09-22-1998 2129
MCK    A           A                            11-21-1997 1330  02-18-1998 0942




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```