**Document 2a**

NSN 7640-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 5-10-04 | ADMIN NOTE: Pt being discharged from BOP to "the |
| 1015 | street." Needs release meds: |

RELEASE MEDICATIONS

1. Sulindac* 150mg    ↑ po BID.    #28    NR
2. Albuterol          2 puffs QID    #1    NR
3. Azmacort           3 puffs (three) BID    #1    NR
4. Ranitidine 150mg    ↑ po BID    #28    NR

\* Pt has Cerebral Palsy, Scoliosis, Asthma, GERD.

Reviewed By:
V. Geza, PharmD

Steven Labrozzi, PA-C
Physician Assistant

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
|  |  |  | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

MANSO, Akinnel    09105 - 055

| REGISTER NO. | WARD NO. |
|---|---|

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000001

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |
|      |                                                                          |

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT. TREATING ORGANIZATION (Sign each entry) |
|---|---|

CLINIC(S): ( ) Cardiac ( ) Hypertension ( ) Diabetes ( ) Infections ( ) Endocrines
( ) Lipid ( ) Pulmonary ( ) Mental ( ) Neurology ( ) Ortho ( ) General
( ) Other:

4/21/07
1005

SUBJECTIVE: (Chief Complaint) _See consent pain elbow back; C side can't sleep (muscle recurred Naprosyn relief_) _Asthma_
_stable_

Med. Compliance: _estomago - OTC_

OBJECTIVE: (Review System) Age: 37    Sex: Male    Race:

B/P: 90/90  P: 60  Wt: 160  T:    R/R:    SO2%:    Peak Flow:

**Diabetic foot Screen Test Steps**

HEENT: _OK_    Last Op / Opth. Eval.:

Heart: _OK_

Lungs: _Clr_    _reflexes_    150) very
150) poor
Abdomen: _3 max_    150) effort

Genital / Rectal: _(R) Shoulder_

Extremities:

Neuro: _he been PTx CTx (R) elbow_

Recent Lab Results: _Wrist & Rom (R) Shoulder_

ASSESSMENT(S):

**Diabetic foot Screen Test Steps**

DSM IV Classification

Axis I:

Axis II:    _PTx CTx LUE_

Axis III: _Cerebral Palsy Asthma GERB_

Preventive Care:    Diet: _OTC_    Exercise: _Walk_

Tobacco Use: _never_    Medication Side Effects: _no_

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART. / SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|

| SPONSOR'S NAME | SSN / ID NO. | RELATIONSHIP TO SPONSOR | |
|---|---|---|---|

PATIENTS IDENTIFICATION: (For typed or written entries give: Name – last, first, middle; ID No. or SSN: Sex, Date of Birth, Rank / Grade

_Abimel Manso_

REGISTER NO. _05/05 - 055_    WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA / ICMR    000003

DATE | SYMPTOMS, DIAG ● REATMENT. TREATING ORGAN ● (Sign each entry)

Pain Level:   1   2   3   4   5   6   7   8 ⊗ 9   10

PLAN:

(N) ave

**Patient Education:**

( ) Discussed Test Results  ( ) Discussed Tx Plan

( ~ ) Etiology, Complications, Prognosis, Prevention

( ✓ ) Diet, Diabetic / Cardiac / Disease, Lifestyle Changes  ( ) No Smoking

( ✓ ) Medication Dosage / Administration / Compliance / Side Effects

( ~ ) Patient Understood Topics  ( ✓ ) Instructed If Problems

or if running our of medication, should sign up for sick-call or send cop out.

**Diagnostic Studies:**  ( ) CBC / Dif  ( ) U / A  ( ) LFT  ( ) Chem. Profile  ( ) Lipids  ( ) HgAlc
( ) PSA  ( ) Viral Load  ( ) CD4  ( ) Toxo Igg.  ( ) Hepatitis Panel
( ) CXR  ( ) EKG  ( ) Others:

**Consultations:**  ( ) Optometrist  ( ) Ophthalmologist  ( ) Orthopedic Surgeon
( ~ ) Others:

**Referral for Vaccination:**  ( ) Influenza  ( ) Pneumococal  ( ) Other:

**Return to Clinic for routine Follow-Up on:**  3mo

**Treatments(s):**

(Change) Sulindac 150mg → po Bid #20 RF
Albuterol Tpuff Bid #1 RF2
Azmacrt iii puff Bid #1 RF
Ranitidine 150 mg → po Bid #60 RF2

Reviewed By:
V. Geza, PharmD

H. BEAM, MD
FCI MCKEAN

STAND. ) FORM 600 (REV. 6-

NSN 7640-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

4-13-04  Inmate Rec'd 2 pp. Medical Records    T. Petruzzi, HIT

1030

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 09105 055    WARD NO.

Manso-Diaz, Abimael

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000005

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT   TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |

NSN 7540-00-634-4176

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | AUTHORIZED FOR LOCAL REPRODUCTION |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

**4/8/04**
**1030**

Ⓢ –Rev SKIN ulcers on inner thighs (see 4-1-04).
    Pt states: ulcers are better... now has itching.

–REQUESTS Medical NOTE? for transfer from 10 man to 2 man cell... due to frequency of being "bumped" by all the men in his cell.

Ⓞ   Pt has CP + scoliosis: gait + carriage + M/S frame are commensurate c̄ that Dx.

M/S:  ⊕ atrophy of Ⓛ arm  with apparent inability:
    – to abduct at shoulder > 45°
    – to forward abduct > 45°
    – to pronate, supinate Ⓛ arm

    ⊕ pain to palpation of entire Ⓛ scapula, acromion, lateral
        Ⓛ clavicle, bicipital groove (No pain at biceps).
      + pain at Ⓛ trapezius.

    POOR to little muscle strength Ⓛ arm/hand.

Neuro:
    DTR: Biceps Tendon/Brachioradialis  extreme hyper reflexia at Ⓛ arm
                       Normal response at Ⓡ arm

    Vibration Sense:  intact thru-out Ⓡ arm
               Ⓛ arm: Pt claims lack of vibration sense
              at all sites (shoulder-acromion, elbow-decranon,
              all PIP, MCP, DIP,) except
              some (decreased) vibration sense at
              3d + 4th Ⓛ MCP.

    Sensations to Light Touch! Ⓛ arm: Pt claims lack of
               sensations at all aspects (shoulder, biceps,
               forearm, elbow, wrists, fingers, finger tips)
               except @ proximal-medial forearm.

error
sd ——  Ⓧ  SKIN (inner thighs) Erosive lesions of 4-01-04... are healed c̄
4-8           new pink epidermis covering sites.
           – some macular scaling

               CONT'D

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |

MANSO-DIAZ, Abimael

09105-055

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 8-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000007

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|-------------------------------------------------------------------------|
| 4/8/04 1030 CONT'D | (A) 1. - Erosive Skin Lesions, inner thighs, resolved |
| | 2. Tinea Cruris |
| | 3 CP, Scoliosis |
| | (P) 1. Tinactin 1% Cream *    Apply very small amt to cleansed & dried areas of groin BID    #1 Rx3 |
| | * Pt claims lack of Commissary Funds |
| | 2. Pt ED: Dx, Tx, meds & pt understands hygiene |
| | 3. FU prn. S/C |
| | 4. Medical "Transfer" to 2 room cell If approved by MD. &    S. Labrozzi Steven Labrozzi, PA-C Physician Assistant |
| 4/8/04 1130 error s/b | ADMIN NOTE ——→ * RE: transfer to 2 man cell --- |
| | 1) Request deferred by Dr. Beam to Health Services Administrators |
| | 2) Request denied at this time by AHSA |
| | 3) Patient informed of decision.    Slly Steven Labrozzi, PA-C Physician Assistant |
| 4/8/04 1300 error 4/8/04 | Admin Note: Pharmacy I'm not considered indigent & can be refe'd Referred to commissary for OTC medications.    Reviewed By: V. Geza, PharmD |

NSN 7540-00-6

| CHRONOLO... | MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CA... |
|---|---|---|
| YMPTOMS, DIAGNOSIS, TREATE | DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sig |

Left column fragments:

diag from genitals

HA + regional pain

trauma to area. Denies

given + forced to use use

T= 97.5°F        Genitals

.CER?

lulitis

ay 500y        T PO
1TRACIN OINTMENT  AA
n c Betadine. Dress
be re-dress 2D      Su

Tx, Dx, Meds.   P

in 7 days : le √

y:
arm?

TE:
Results:    (Error de 4/
e 4-1)        - Mixed S
            → Pt on K

---

Right column:

③ c/o bleeding from genitals x 17 days

**4/1/04**
**1030**

PAIN = HA + regional pain ● 5/10 burning
Denies Trauma to area. Denies knowledge of precipitating factors
been given & forced to use used-underwear after D/C from SH

④ NAD   T = 97.5°F     Genitals ⊕ 1 inch erosive lesions, in...
thighs, bilat. c exposu...
subdermal/sq? tissue
(error
4-1)

⑭ SKIN ULCERS
R/O Cellulitis

Ⓟ 1. Keflex 500y      T PO Q10 x 5 days  # 20 NR
2. BACITRACIN OINTMENT  Apply BID OD-BID  #1/ NR
3. Clean c Betadine. Dress c Bacitracin & Bandaid.
Pt to re-dress 2D    Supplies given
4. ED: Tx, Dx, Meds.  Pt understands
5. RTC in 7 days : le √

Reviewed By:
V. Geza, Pharm?

Steven Labrozzi, PA...
Physician Assistant

**4/6/04**
**0700**

ADMIN NOTE:
C&S Results:    (Error de 4/6/04 — STAPH au...
(see 4-1)     — Mixed Skin Flora)    to 1st...
→ Pt on Keflex.          cephala...

Steven La...
Physicia...

---

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE |
|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |

| STATUS |
|---|
| SSN/ID NO. |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

REGISTER NO.
09105-

MANSO- Diaz
Abimael

CHRONOLOGICAL REC...
Medica...

STANDARD FORM
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.2

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 3/15/04 0730 | Inmate Rec'd & pg medical records  *[signature]* H.T. Petruzzi, HIT |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Manso-Diaz, Gibimael

REGISTER NO. 09105-055          WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000011

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |
|      |                                                                           |

NSN 7840-00-834-4176                                                        AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|---|---|

1-26-04  S  C/o "spinal problem" x 10 yrs

0905     Since coming to this facility: paralysis x 30 min in
         lower extremities upon arising from bed ("tailbone
         down")
         His mattress is too thin.
         HAS GONE TO WARDEN, who intervened for better mattress with no results
                              from correctional staff.  See also Dr. Beam's note

O     Deferred.


A     CP, scoliosis (see problem list)


P     1. Check c clinical Director, correctional staff re: mattress
         issue

      2. Pt understands.


                                                          S. Loy


      ADDENDUM:

         C/o strong burning pain  +10/10  waves of pain
            awake day all day
            feels like bones are grinding
            from back to lower legs.

         - is already on Lioresal and Naproxen.
         - worse when upright, walking
            decreases when lays down, provided mattress is soft.
         - REFUSES PILL LINE MEDS.

      Per Dr. Beam: No other pain meds available
         until Pt willing to come to pill line for
         same.

         - Mattress issue has already been forwarded to unit
            manager (Mr. Kinderwater).


| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| | | | FCI McKean |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

| REGISTER NO. | WARD NO. |
|---|---|

Manso, Abimel    09105-055

OPC

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record

STANDARD FORM 600 (REV. 8-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
| 1-27-04 1400 | ADMIN NOTE |
| | Mr. Kindervater, Pt's unit manager, reports that IM has TWO mattresses on his bed. Mr. K will give IM an old-type fabric mattress (if one is available) if the IM so requests. |
| | In any event, -- the mattress issue is now a correctional issue, & not a health services matter. |
| | ~signature~ |
| 3/11/04 1400 | ③ EMERGENCY Pt Ē CP c/o PAIN 2° to being in SHU, being cuffed frequently, sleeping on floor... |
| | 4o PAIN: lower back, Left neck, Left Scapula. |
| | He had no medication: Naproxen was confiscated. Naproxen did not help very much Want Ⓛ arm in flexed position     +5/10 ... now +8/10 |
| | ⓞ Pt holding arm (Left), flexed and against anterior torso. Pt in wheelchair (brought to HSU in ~). |
| | ⊕ pain to palpation of Ⓛ trapezius, scapula, Ⓛ neck. Obvious CP: atrophy of limbs, distorted posture |
| | Ⓐ CP Ē exacerbation of pain. GERD. |
| | ℗ 1. Sling x 2 wks only |
| | 2. Double Mattress .... request given to Ellen McNish. |
| | 3. Naproxen: Please re-issue Rx 162359 ⎫ These were |
| | 4. Zantac: Please re-issue Rx 162361 ⎬ all confiscated when IM |
| | 5. Albuterol  "   "   " 162362 ⎬ thrown into SHU) & |
| | 6. Azmacort: "   "   " 162360 ⎭ never given back to him. |
| | 7. Pt understands Tx plan   RTC pm |
| | ~signature~   ven Labrozzi, PA |
| | Physician Assista |

UNAUTHORIZED FOR PUBLIC REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry)

CLINIC(S): ( )Cardiac ( )Hypertension ( )Diabetes ( )Infectious ( )Endocrine

( )Lipid ( )Pulmonary ( )Mental ( )Neurology ( )Ortho ( )General

( )Other: _Asthma Cerebral palsy, Scolioris_

**1/22/09**
**1240**

SUBJECTIVE: (Chief Complaint) (GERD)
_hurts in back; TOT/Jpr; hard to walk_
_walking (no one wants to push wheelchair)_
_Baclofen x 2 mo - no help_

OBJECTIVE: (Review System) Age: _37 yrs_ Sex: Male   Race: ____

B/P: 120/70 P: 70  Wt: 155  T:    R/R:    SO2Z:   Peak Flow:

HEENT: _OK_        Last Op/Opht. Eval:

Heart: _RRR_     _Scoliosis cvx TU E mind thorac_

Lungs: _clear_     _flexion CTX LUE wist &_

Abdomen: _soft/NT_     _elbow_

Genital/Rectal:     _slight spasm L Cri._

Extremities:

Neuro:     _ambulates OK_

Recent Lab Results:     200

ASSESSMENT(S):
DSM IV Classification
  Axis I: ____
  Axis II: ____
  Axis III: _CP, Asthma GERD. Scoliosis_

Preventative Care: Diet _OK_   Exercise _walks_

Tobacco Use? _yes_     Medication Side Effects: _no_

ENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.) | REGISTER NO. _09/05-055_ | WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000015

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|

Pain Level:  1    2    3    4    5    6    7    8    9    10    (15)

PLAN:

Patient Education:

(✓)Etiology, Complications, Prognosis, Prevention ( )Diet, Diabetic/Cardiac/

Disease, Lifestyle Changes (✓)No Smoking (✓)Medication Dosage/Administration/

Compliance/Side Effects (✓)Patient Understood Topics ( )Instructed if problems

or if running out of medication, should sign up for sick-call or send cop out.

Diagnostic Studies: ( )CBC/Diff ( )U/A ( )LFT ( )Chem Profile ( )Lipids ( )HgAlc

( )PSA ( )Viral Load ( )CD4 ( )Toxo Igg. ( )Hepatitis Panel

( )CXR ( )EKG ( ) Others:

Consultations: ( )Optometrist ( )Ophthalmologist ( )Orthopedic Surgeon

( )Others:  Has Baclofen 10 mg. tid.

w/ a taper 5 mg tid x 1 wk    5 mg Bid x 1 wk  then DC

Referal for Vaccination: ( )Influenza ( )Pneumococal ( )Other:

Return to Clinic for routine Follow-Up on:

Treatment(s):  Albuterol II puff Bid #1 RF 2
Azmacort III puff Bid #1 RF 2
Naprosyn 550 mg PO Bid #30 RF c/
Ranitidine 150 mg PO Bid #60 RF 2

Reviewed By:
V. Geza, PharmD

H. BEAM, ML
HCF MCKEAN

000016

FPI, LEX.    Printed on Recycled Paper

NSN 7840-00-634-4177    AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 12-17-03 1035 | Int'he physical accomplished.                    B. Infe NP-C |
| 12-17-03 1035 | S: ↑ cerumen Ⓛ ear   incidental finding during physical exam. No c/o. O: NAD, ⓇR ear: canal clear, TM intact ; Ⓛ ear ; ē dk brown wax in canal, TM not observed. T 97. A: cerumen impaction Ⓛ ear P: Debrox #1, instill 3-5 gtts. q PM x 5 days. RTC for F/u × 5 days and p.r.n.   Pt understands. Pt education re: ear gtts.   B. Infe NP-C |
|  | Reviewed By V. Geza, PharmD                                    MCKEAN |
| 12-22-03 0900 | ① F/u cerumen impaction (see 12-17) ② IM c/o body pains... is out of Celebrex wants muscle relaxers : is saying that Baclofen does not work. O: EAMs: no cerumen A: Cerebral Palsy / Sciliosis.    S/P cerumen impaction (resolved) P: 1. Naproxen - 550 mg     TPO ē food /milk BID. Do                                         not skip doses.                                                    #20    R × 3     2. Soft Shoe Pass × 6 months |
|  | Reviewed By V. Geza, PharmD                Steven Labrozzi, PA-C                                          Physician Assistant |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT McKean |
|---|---|---|---|
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION:  *(For typed or written entries, give:  Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Manso-Diaz, Al-amad

REGISTER NO. 09105-055    WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000017

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |
|------|------------------------------------------------------------------------|
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |
|      |                                                                        |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---|
| 12/17/13 0800 | (R) asthma , CP — put on clinic , lower bunk, med unassigned |

Rx (1) Zantac 150 mg IT HS #60
(2) Albuterol inhaler 2 puffs QID Prn #1
(3) Azmacort inhaler 2 puffs QID #1
(4) Hold Celebrex, Baclofen for now

Reviewed By X
V. Geza, PharmD

*[illegible stamp]*

D. Olson, MD
Clinical Director

NSN 7540-00-834-4176                                                       AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
| --- | --- |
| 12-16-03 1305hr InTAKE | 37 y/o ♂ ō mult. medical problems ⊕ disabilities — incl. CP/scoliosis (✝ ⊕⊕) Asthma, ⊕ adjustment D/o! ō medication review [signature] Robert E. Piotrowski, PA-C FCI McKean |
| 12/16/03 1305hr | Chronic Medication Use MDI ⊕ Pills. MDI (x2) ō Patient — Order per intake forms Chronic Meds x 1 mo. supply — referral C.C.C — Scripts (1.) Albuterol MDI @ ƻ̄ʲ Puff PO PRN Q4H #1 ∅ Ref (2.) Triamcinolone MDI @ ƻ̄ʲ Puff PO TID (0600/1500/2100) #1 ∅ Ref (3.) ZANTAC 150 mg @ ƻ̄ PO QHS #60 ∅ Ref (4.) BACLOFEN 10 mg ƻ̄ PO TID (0600/1500/2100) #90 ∅ Ref (5.) Celebrex 200 mg ƻ̄ PO QD #30 ∅ Ref [signature] Robert E. Piotrowski, PA-C FCI McKean |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT FCI McKean |
| --- | --- | --- | --- |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

Manso, Abimael

| REGISTER NO. 09105-055 | WARD NO. |
| --- | --- |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

000020

# MEDICAL SUMMARY OF FEDERAL PRISONER/ ALIEN IN TRANSIT
## U.S. Department of Justice

| | |
|---|---|
| TB Clearance ☑ Yes ☐ No<br><br>1) PPD Completed: _11/31/03_<br>　　　　　　　　Date<br><br>Results: _Ø_<br><br>2) CXR Completed: _____<br>　　　　　　　　　Date<br><br>3) Health Authority<br>Clearance: _GLS_<br>_CF 12/16/03_<br>Sign　　　Date<br><br>Note:<br>Dates listed above must be<br>within one year of this transfer. | United States<br>11/18/2003  M 11/25/1966<br><br>Destination: _Ø_ | Manso-Diaz, Abimael<br>09105055<br>INS HSD BUFFALO<br><br>_Non-medical_ |

Dist. Name: _WNY_　　　Dist. #　　　Date in Custody:

| II. Current Medical Problems | |
|---|---|
| 1. Cerebral Palsy | 4. Chronic Asthma |
| 2. Scoliosis 2nd to C.P. | 5. Allergy: ASA |
| 3. GERD | 6. Adjustment D/o |

| Medication | Dose | Route | Instructions For Use (Include proper time for Administering) | Stop |
|---|---|---|---|---|
| Baclofen  10 mg | T | po | T  po  TID   0600  1500  2100 | |
| Zantac  150 mg | TI | po | TI  tabs = 300 mg  po  HS | |
| Celebrex  200 mg | T | po | T  po  qd | |
| Albuterol inhaler | 2 puffs | po | q4h  prn | |
| Triamcinolone MDI | 2 puffs | po | T  TID   0600   1500  2100 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Additional Comments:

## III. SPECIAL NEEDS AFFECTING TRANSPORTATION

| | | | |
|---|---|---|---|
| Is prisoner medically able to travel by BUS, VAN or CAR? | ☑ Yes | ☐ No | If no, Why not? |
| Is prisoner medically able to travel by airplane? | ☑ Yes | ☐ No | If no, Why not? |
| Is prisoner medically able to stay overnight at another facility en route to destination? | ☑ Yes | ☐ No | If no, Why not? |
| Is there any medical reason for restricting the length of time prisoner can be in travel status? | ☐ Yes | ☑ No | If yes, state reason: |
| Does prisoner require any medical equipment while in transport status? | ☐ Yes | ☑ No | If yes, What equipment? |

Sign & Print Name - Certifying Health Authority:

_Cindy M. ____, Licensed Practical Nurse_

Phone Number: _585-344-5168_

Date Signed: _12/16/03_

Form USM-553
(Est. 6/98)

Original—Upon Transfer

000021

| CLINICAL RECORD | LABORATORY REPORTS |
|---|---|

**ATTACH 3D REPORT ALONG HERE ↑ AND SUCCEEDING ONES ON ABOVE LINES**

Manso-Dr Abimael.
09105-055

FCI McKean
P.O. Box 5000
Bradford, PA 16701

Enter in above space    PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE
REQUESTING PHYSICIAN'S SIGNATURE

REMARKS    Dr. Beam

REPORTED BY
S. Czekai, Med Tech.

MD DATE  12/23/03

SPECIMEN/LAB RPT NO

**URINALYSIS**

| URGENCY | PATIENT STATUS |
|---|---|
| ☐ ROUTINE | ☐ BED  ☐ AMB |
| TODAY ☐ | ☑ OUTPATIENT |
| | ☐ NP  ☐ DOM |
| ☐ PRE-OP | SPECIMEN SOURCE |
| ☐ STAT | ☐ ROUTINE |
| | ☐ OTHER (Specify) |

LAB. ID NO.

**ATTACH ALL TEST REPORTS TO THIS SHEET**

| DATE | TIME | REQUESTED ROUTINE | COLOR | SPECIFIC GRAVITY | UROBILINOGEN | OCCULT BLOOD | BILE | KETONES | GLUCOSE | PROTEIN | pH | MICROSCOPIC | WBC | RBC | EPITH CELLS | WBC | ROUTINE | BACTERIA | CRYSTALS | MUCUS | NITRITE | | | BENCE-JONES PROTEIN | HEMOSIDERIN | HCG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/03 | 10:50 | | Yellow | 1.015 | normal | Neg | Neg | | Neg | Neg | 7.5 | | | | | | | | | | | Neg | Neg | | | |

Reviewed by 
GANSON MD
Date 12.2?.03

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; date; hospital or medical facility)

Manso  Abimael

REGISTER NO.
09105-055

WARD NO.

LABORATORY REPORTS
Standard Form 514
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505
October 1975

GPO : 1996 O - 169-517

U.S. MEDICAL CENTERS FOR FEDERAL PRISONERS
Laboratory, 1900 W. Sunshine
SPRINGFIELD, MISSOURI  65808
(417) 862-7041

```
====================================================================
                *** SENSITIVE-LIMITED OFFICIAL USE ***
                           FINAL REPORT
====================================================================
```

Register Number : 09105-055                    Age              : 37yr
Name            : MANSO-D, ABIMAEL             Sex              : M
Location        : MCK                          Accession Number : 3100
Admit. Physician: BEAM, MD
Order. Physician: BEAM, MD
Collected       : 04/01/04 @  10:00

| Test    | Result   | Flag | Reference Range/Units | Tech |
|---------|----------|------|-----------------------|------|
| MHIV-Ab | Negative |      | Negative              | CK   |

DO NOT REMOVE REPORT FROM PATIENT CHART

*Release*

*S. Czekai, Lab Tech*

REVIEWED BY

*A. BEAM, MD*
*ROD MCKEAN*

Legend

LO=Low  AL=Alarm Low  EL=Elevated Low  HI=High  AH=Alarm High  EH=Elevated High  AB=Abnormal

Name            : MANSO-D, ABIMAEL             Location : MCK
Register Number : 09105-055                    Page     : 1 of 1
Printed         : 04/06/2004 @ 12:00

**LabCorp**

| Specimen # | Type | Primary Lab | Report Status | Pg |
|---|---|---|---|---|
| 092-989-5694-0 | S | CB | Final | 1 |

Time 1130
SWAB
SRC-DRAINAGE THIGH LESIONS
CD- AET37806845

Clinical Information: DOB: 11/25/66

| Physician ID | | Patient ID |
|---|---|---|
| | LABROZZI S | 09105-055 |

| Patient Name | Sex | Age (Yrs/Mos) |
|---|---|---|
| MANSO DIAZ, ABIMAIL | M | 037/04/07 |

Pat. Addr.

Account: FEDERAL CORRECTIONAL INSTITUTE 37806845
MCKEAN COUNTY
RT 59 & BIG SHANTY ROAD
LEWIS RUN, PA 16738
814-362-8900

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 04/01/04 | 04/02/04 | 04/04/04 | 0859 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Aerobic Bacterial Culture | Final report | | | | CB |
| Result 1 | Staphylococcus aureus | | | | CB |
| Moderate growth | | | | | |
| Antimicrobial Susceptibility | | | | | CB |

***** S = Susceptible; I = Intermediate; R = Resistant *****
MICS are expressed in micrograms per mL

| Antibiotic | RSLT#1 | RSLT#2 | RSLT#3 | RSLT#4 | LAB |
|---|---|---|---|---|---|
| Amoxicillin/CA | =S | | | | CB |
| Ampicillin/Sulbactam | =S | | | | CB |
| Cefazolin | =S | | | | CB |
| Ciprofloxacin | =S | | | | CB |
| Clindamycin | =S | | | | CB |
| Erythromycin | =R | | | | CB |
| Gentamicin | =S | | | | CB |
| Levofloxacin | =S | | | | CB |
| Oxacillin | =S | | | | CB |
| Penicillin (Staph.) | =R | | | | CB |
| Rifampin | =S | | | | CB |
| Tetracycline | =S | | | | CB |
| Trimeth-Sulfa | =S | | | | CB |
| Vancomycin | =S | | | | CB |

---

Lab: CB LabCorp Dublin          Director: Rose Goodwin, MD
      6370 Wilcox Road Dublin, OH 43016-1296

---

For inquiries, the physician may contact: Branch: 412-937-1808 Lab: 614-889-1061
Last Page of Report

ON Keflex @ 4-6-04
Steven Labrozzi, PA-C
Physician Assistant

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 412-937-1808

© 2003 Laboratory Corporation of America® Holdings
All Rights Reserved

00002

Case 1:05-cv-00192-SJM-SPB   Document 11-6   Filed 08/01/2005   Page 25 of 44

U. S. MEDICAL CENTER FOR FEDERAL PRISONERS
P. O. BOX ..., 1900 W. SUNSHINE
SPRINGFIELD, MISSOURI  65808
(417) 862-7041, EXT. 454

=============================  F I N A L   R E P O R T  =============================

Register Number: 09105-055
Name        : MANSO-O, ABIMAEL
Location    : FCI MCKEAN (MCK)
Physician   : BEAM, MD
Collection Date: 12/23/2003
Collection Time: 10:10
Tests  ¦ CBC; RPR
Ordered¦

Age               : 37
Sex               : M
Accession Number: 3754
"X" if Complete : [X]

=====================================================================================

| Test Name | Result | Flag | Reference Range | | Tech |
|---|---|---|---|---|---|
| Collection Cmt. | | | | | |
| CBC | | | | | |
| White Blood Cell | 6.9 | | $10^3$/uL | 4.3 - 11.1 | JE CK |
| Red Blood Cells | 4.78 | | $10^6$/uL | 4.46 - 5.78 | JE CK |
| Hemoglobin | 14.2 | | g/dL | 13.6 - 17.6 | JE CK |
| Hematocrit | 43.3 | | % | 40.2 - 51.4 | JE CK |
| MCV | 90.6 | | fL | 82.5 - 96.5 | JE CK |
| MCH | 29.7 | | pg | 27.1 - 34.3 | JE CK |
| MCHC | 32.8 | LO | g/dL | 33.0 - 35.0 | JE CK |
| RDW | 14.0 | | % | 12.0 - 14.0 | JE CK |
| PLT | 144 | | $10^3$/uL | 130 - 374 | JE CK |
| MPV | 9.4 | | fL | 6.9 - 10.5 | JE CK |
| RPR | Non-Reactive | | | NR | KS CK |

-- End of Laboratory Report --

Reviewed by D. Olson, MD
Date: 2/30/0

Name      : MANSO-O, ABIMAEL
Register#: 09105-055
Printed   : 12/24/2003 @ 19:32

Doctor   : BEAM, MD
Location: FCI MCKEAN (MCK)
. . . . . . . . . .
Sensitive L.O.U.

000025

BP-S620.060  **PATIENT PROBLEM LIST** CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

PROBLEM LIST

| DATE NOTED | SIGNIFICANT DIAGNOSES | SIGNIFICANT OPERATIONS/ INVASIVE PROCEDURES | DATE |
|---|---|---|---|
| 12-16-03 | Asthma; SARC; GERD C.P.; Scoliosis | | |
| 12-16-03 | Adjustment D/O | | |
| | DSM IV Classification | | |
| | Axis I. _____ | | |
| | Axis II: _____ | | |
| | Axis III: _____ | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

12/16/03
Allergy

ADVERSE / ALLERGIC
DRUG REACTIONS
(If none, record "No Known Drug Allergies )

(+) ASA
(+) Food - Pasta
(+) Environment - SARC - Winter/Fall

Patient Identification
(Name, Reg #, DOB)                              (This form may be replicated via WP)

Abimel Manso

D9105-055      11/25/06

000026

PRINTED ON RECYCLED PAPER

# Medication Summary Sheet

| Ord.Date | MANSO-DIAZ, ABIMAEL | B. SAYLOR |
| 12/17/03 | 09105-055 | (0)Refills |
| Exp.Date | INSTILL 3 TO 5 DROPS EACH EVENING | |
| 01/15/04 | FOR 5 DAYS | |
| Rx # | | |
| 160650 | CARBAMIDE PEROXIDE 6.5% OTIC | #1 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | D. OLSON |
| 12/17/03 | 09105-055 | (0)Refills |
| Exp.Date | TAKE TWO TABLETS AT BEDTIME | |
| 01/22/04 | | |
| Rx # | | |
| 160664 | RANITIDINE 150 MG TAB | #60 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | D. OLSON |
| 12/17/03 | 09105-055 | (0)Refills |
| Exp.Date | INHALE 2 PUFFS FOUR TIMES DAILY AS | |
| 01/30/04 | NEEDED | |
| Rx # | | |
| 160665 | ALBUTEROL INH 90MCG 17GM | #1 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | D. OLSON |
| 12/17/03 | 09105-055 | (0)Refills |
| Exp.Date | INHALE 2 PUFFS FOUR TIMES DAILY | |
| 01/22/04 | | |
| Rx # | | |
| 160666 | TRIAMCINOLONE ACETONIDE 200MCG/INH MDI | #1 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | S. LABROZZI |
| 12/22/03 | 09105-055 | (3)Refills |
| Exp.Date | TAKE ONE TABLET TWICE DAILY WITH | |
| 03/20/04 | FOOD OR MILK | |
| Rx # | | |
| 161231 | NAPROXEN SODIUM 550 MG TAB | #20 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | H. BEAM,MD |
| 01/23/04 | 09105-055 | (2)Refills |
| Exp.Date | INHALE 2 PUFFS TWICE DAILY | |
| 04/21/04 | | |
| Rx # | | |
| 162360 | TRIAMCINOLONE ACETONIDE 200MCG/INH MDI | #1 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | H. BEAM,MD |
| 01/23/04 | 09105-055 | (2)Refills |
| Exp.Date | INHALE 2 PUFFS FOUR TIMES DAILY AS | |
| 04/21/04 | NEEDED | |
| Rx # | | |
| 162361 | ALBUTEROL INH 90MCG 17GM | #1 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | H. BEAM,MD |
| 01/23/04 | 09105-055 | (2)Refills |
| Exp.Date | TAKE ONE TABLET TWICE DAILY | |
| 04/21/04 | | |
| Rx # | | |
| 162362 | RANITIDINE 150 MG TAB | #60 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | H. BEAM,MD |
| 01/23/04 | 09105-055 | (4)Refills |
| Exp.Date | TAKE ONE TABLET TWICE DAILY WITH | |
| 04/21/04 | FOOD OR MILK | |
| Rx # | | |
| 162359 | NAPROXEN SODIUM 550 MG TAB | #30 |

MANSO-DIAZ, ABIMAEL
09105-055
MCKEAN HOUSING FACILITY - B04-
12/17/2003

FCI
McKean

| Ord.Date | MANSO-DIAZ, ABIMAEL | S. LABROZZI |
| 04/01/04 | 09105-055 | (0)Refills |
| Exp.Date | TAKE ONE CAPSULE FOUR TIMES | |
| 04/10/04 | DAILY UNTIL FINISHED | |
| Rx # | | |
| 165416 | CEPHALEXIN 500 MG CAP | #20 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | S. LABROZZI |
| 04/01/04 | 09105-055 | (0)Refills |
| Exp.Date | APPLT TO AFFECTED AREA EACH DAY | |
| 04/10/04 | OR TWICE DAILY **EXTERNAL USE | |
| | ONLY** | |
| Rx # | | |
| 165417 | BACITRACIN OINT | #1 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | H. BEAM,MD |
| 04/21/04 | 09105-055 | (2)Refills |
| Exp.Date | TAKE ONE TABLET TWICE DAILY | |
| 07/19/04 | | |
| Rx # | | |
| 166272 | RANITIDINE 150 MG TAB | #60 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | H. BEAM,MD |
| 04/21/04 | 09105-055 | (2)Refills |
| Exp.Date | INHALE 2 PUFFS FOUR TIMES DAILY AS | |
| | NEEDED | |
| Rx # | | |
| 166273 | ALBUTEROL INH 90MCG 17GM | #1 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | H. BEAM,MD |
| 04/21/04 | 09105-055 | (2)Refills |
| Exp.Date | INHALE 3 PUFFS TWICE DAILY | |
| 07/19/04 | | |
| Rx # | | |
| 166274 | TRIAMCINOLONE ACETONIDE 200MCG/INH MDI | #1 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | H. BEAM,MD |
| 04/21/04 | 09105-055 | (2)Refills |
| Exp.Date | TAKE ONE TABLET TWICE DAILY | |
| 07/19/04 | | |
| Rx # | | |
| 166275 | SULINDAC 150 MG TAB | #30 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | S. LABROZZI |
| 05/10/04 | 09105-055 | (0)Refills |
| Exp.Date | TAKE ONE TABLET TWICE DAILY | |
| 05/29/04 | | |
| Rx # | | |
| 167120 | SULINDAC 150 MG TAB | #28 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | S. LABROZZI |
| 05/10/04 | 09105-055 | (0)Refills |
| Exp.Date | INHALE 2 PUFFS FOUR TIMES DAILY | |
| 06/08/04 | AS NEEDED | |
| Rx # | | |
| 167121 | ALBUTEROL INH 90MCG 17GM | #1 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | S. LABROZZI |
| 05/10/04 | 09105-055 | (0)Refills |
| Exp.Date | INHALE 3 PUFFS TWICE DAILY | |
| 06/08/04 | | |
| Rx # | | |
| 167122 | TRIAMCINOLONE ACETONIDE 200MCG/INH MDI | #1 |

| Ord.Date | MANSO-DIAZ, ABIMAEL | S. LABROZZI |
| 05/10/04 | 09105-055 | (0)Refills |
| Exp.Date | TAKE ONE TABLET TWICE DAILY | |
| 05/29/04 | | |
| Rx # | | |
| 167123 | RANITIDINE 150 MG TAB | |

00027

BP-S619.060    IMMUNIZATION RECORD    CDFRM
AUG 96
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

## TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |

## TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|----------------------|-----------|--------------|---------|
| 11/21/03 |       |       |           |      |             | INS HSD BUFFALO | | 0 | |
|          |       |       |           |      |             |                      |           |              |         |
|          |       |       |           |      |             |                      |           |              |         |
|          |       |       |           |      |             |                      |           |              |         |
|          |       |       |           |      |             |                      |           |              |         |
|          |       |       |           |      |             |                      |           |              |         |
|          |       |       |           |      |             |                      |           |              |         |
|          |       |       |           |      |             |                      |           |              |         |
|          |       |       |           |      |             |                      |           |              |         |
|          |       |       |           |      |             |                      |           |              |         |
|          |       |       |           |      |             |                      |           |              |         |
|          |       |       |           |      |             |                      |           |              |         |
|          |       |       |           |      |             |                      |           |              |         |

Patient Identification                    (This form may be replicated via WP)
(Name, Reg #)

Abimael Manso

09105-055

000028


PRINTED ON RECYCLED PAPER

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 12.17.03 |
|---|---|---|

**17. CLINICAL EVALUATION**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. IDENTIFICATION NUMBER | 3. GRADE AND COMPONENT OR POSITION |
|---|---|---|
| Manso Abimael | 09105-055 | I/M |

**4. HOME ADDRESS** (Number, street or RFD, city or town, State and ZIP code)
444 Fargo Ave Buffalo, NY 14213

**5. EMERGENCY CONTACT** (Name and address of contact)
Nancy Manso — 444 Fargo Av Buffalo NY 14213

| 6. DATE OF BIRTH | 7. AGE | 8. SEX | 9. RELATIONSHIP OF CONTACT |
|---|---|---|---|
| 11/25/66 | 37 | ☐ FEMALE ☑ MALE | Wife |

**10. PLACE OF BIRTH** Puerto Rico

**11. RACE** ☐ WHITE ☐ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☑ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

| 12a. AGENCY | 12b. ORGANIZATION UNIT | 13. TOTAL YEARS GOVERNMENT SERVICE |
|---|---|---|
| BOP DOJ | FCI McKean | a. MILITARY N/A   b. CIVILIAN N/A |

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
FCI McKean
P.O. Box 5000
Bradford, PA 16701

**15. RATING OR SPECIALTY OF EXAMINER**
family practice

**16. PURPOSE OF EXAMINATION**
A + O

**17. CLINICAL EVALUATION**

| NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL | NORMAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNORMAL |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | ⊂ b | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | ⊂ b | P. TESTICULAR | |
| | | | ⊂ b | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemocult Results) | |
| ✓ | C. DRUMS (Perforation) | | ✓ | R. ENDOCRINE SYSTEM | |
| ✓ | D. NOSE | | ✓ | S. G-U SYSTEM | |
| ✓ | E. SINUSES | | ✓ | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | F. MOUTH AND THROAT | | ✓ | U. FEET | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | ✓ | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | I. PUPILS (Equality and reaction) | | ✓ | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | ✓ | Y. SKIN, LYMPHATICS | |
| ✓ | K. LUNGS AND CHEST | | ✓ | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | ✓ | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | N/A | BB. BREASTS | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | N/A | CC. PELVIC (Females only) | |

**NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

R: cerebral palsy; ↓ use of ℞ extremity

V - ↓ D+K ℃ ↓ extremity ℃ ↓ sensation & strength
T - ℗ extremity ⊙ privileges

U - Surgeries on tendons in feet ×3; last one done 2002
W - scoliosis + accident. I/M states trauma to back from fall - usually uses a wheelchair, list to left
X - tattoos - ℞ leg, ℞ bicep, ℞ back; scars ℃ foot

**18. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| R | 1 2 3 Restorable Teeth 32 31 30 | Non-restorable teeth 32 31 30 | Missing Teeth 32 31 30 | Replaced by Dentures 32 31 30 | Fixed Partial Dentures | | L E F T |

| R I G H T | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | L E F T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

**19. TEST RESULTS** (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC |
| (3) URINE SUGAR | |
| C. SYPHILIS SEROLOGY (Specify test used and results) | D. HIV | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

| NAME Manzo-Diaz, Abimael | IDENTIFICATION NUMBER 09/05-055 | NO. OF SHEETS ATTACHED Ø |
|---|---|---|

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT 69 ½" | 21. WEIGHT 149 lbs. | 22. COLOR HAIR Black | 23. COLOR EYES Brown | 24. BUILD ☑ SLENDER ☐ MEDIUM ☐ HEAVY ☐ OBESE | 25. TEMPERATURE 97° |
|---|---|---|---|---|---|

| 26. BLOOD PRESSURE (Arm at heart level) | | | | 27. PULSE (Arm at heart level) | | | | |
|---|---|---|---|---|---|---|---|---|
| A. SITTING SYS. 120/ DIAS. 78 | B. RECUM- BENT SYS. DIAS. | C. STANDING (5 mins.) SYS. DIAS. | | A. SITTING A P- | B. RECUMBENT 68 | C. STANDING (3 mins.) R- 17 | D. AFTER EXERCISE | E. 2 MINS. AFTER |

| 28. DISTANT VISION | | | | 29. REFRACTION | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 25 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | BY | |
| LEFT 20/ 25 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | BY | |

| 31. HETEROPHORIA (Specify distance) | | | | | | | |
|---|---|---|---|---|---|---|---|
| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC. | PD |

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT WNL  LEFT WNL | | Snellen! pass | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT WNL ✓ LEFT WNL | | | | RIGHT | LEFT |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | /15 SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
| LEFT WV | /15 SV | /15 | RIGHT | | | | | | | | |
| | | | LEFT | | | | | | | | |

**42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY**

① ⊖ Head / Body lice

② ⊖ Exp. to inf. disease ; ⊖ STD's

③ ⊖ IVDA

④ ⊖ suicidal ideation

*(Use additional sheets if necessary)*

**43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)**

37 yr old A M ē cerebral palsy and scoliosis. Pt. states he takes meds for muscle spasm + pain - does not recall names. Pt. states allergy to ASA - causes rash. Also states Pasta causes swelling of lips. ⊕ Smoker : 5 cig / day / 20 yrs.

1-A) cerebral palsy.      3-C) Chronic pain

2-B) scoliosis

| 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify) | 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|
| general clinic - cerebral palsy / pain | P | U | L | H | E | S |

**46. EXAMINEE (Check)**
A. ☐ IS QUALIFIED FOR
B. ☐ IS NOT QUALIFIED FOR

general duties - medically unassigned

| 45B. PHYSICAL CATEGORY | | | |
|---|---|---|---|
| A | B | C | E |

**47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER**
1 , 2 , 3

| 48. TYPED OR PRINTED NAME OF PHYSICIAN Bonnie Sezja NPC | SIGNATURE Bonnie Sezja NPC |
|---|---|
| 49. TYPED OR PRINTED NAME OF PHYSICIAN D. Olson, MD Clinical Director | SIGNATURE |
| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (which) | SIGNATURE |
| LD OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |

000030

U.S. Government Printing Office: 1996 - 404-763/20080

STANDARD FORM 88 (Rev. 10-94) BACK

**(THIS INFORMATION IS FOR OFFICIAL AND MEDICALLY CONFIDENTIAL USE ONLY AND WILL NOT BE RELEASED TO UNAUTHORIZED PERSONS)**

| 1. LAST NAME—FIRST NAME—MIDDLE NAME | 2. REGISTER NUMBER |
|---|---|
| *illegible* | 09/*illegible* |

| 3. PURPOSE OF EXAMINATION | 4. DATE OF EXAMINATION | 5. EXAMINING FACILITY |
|---|---|---|
| Intake | 12-16-03 | FCI McKean |

**6. STATEMENT OF EXAMINEE'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED** *(Follow by description of past history, if complaint arises)*

37 y/o H ♂ c mult. medical issues & *illegible*

allergy — ASA; ⊕ Food — Pasta; ⊕ Environm'l — Sarc (*illegible*)

### 7. HAVE YOU EVER (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| | ✓ | Lived with anyone who had tuberculosis |
| | ✓ | Coughed up blood |
| ✓ | | Bled excessively after injury or tooth extraction |
| | ✓ | Attempted suicide |
| | ✓ | Been a sleepwalker |

### 8. DO YOU (Please check each item)

| YES | NO | (Check each item) |
|---|---|---|
| ✓ | | Wear glasses or contact lenses |
| ✓ | | Have vision in both eyes |
| | ✓ | Wear a hearing aid |
| | ✓ | Stutter or stammer habitually |
| | ✓ | Wear a brace or back support |

### 9. HAVE YOU EVER HAD OR HAVE YOU NOW (Please check at left of each item)

| YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) | YES | NO | DON'T KNOW | (Check each item) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ✓ | | | Scarlet fever | | | ✓ | Adverse reaction to serum drug | | ✓ | | Epilepsy or fits |
| ✓ | | | Rheumatic fever | | ✓ | | or medicine | | | | Car, train, sea or air sickness |
| ✓ | | | Swollen or painful joints | ✓ | | | Broken bones | | | | Frequent trouble sleeping |
| ✓ | | | Frequent or severe headache | | ✓ | | Tumor, growth, cyst, cancer | | | | Depression or excessive worry |
| | ✓ | | Dizziness or fainting spells | | | | Rupture/hernia | | ✓ | | Loss of memory or amnesia |
| | ✓ | | Eye trouble | | | | Piles or rectal disease | | | | Nervous trouble of any sort |
| | ✓ | | Ear, nose, or throat trouble | | | | Frequent or painful urination | | | | Periods of unconsciousness |
| | | | Hearing loss | | | | Bed wetting since age 12 | | | | Have you ever had |
| | | | Chronic or frequent colds | | | | Kidney stone or blood in urine | | ✓ | | homosexual contact? |
| | | | Severe tooth or gum trouble | | | | Sugar or albumin in urine | | ✓ | | Been exposed to AIDS |
| | | | Sinusitis | | | | VD—Syphilis, gonorrhea, etc. | | | | Alcohol Use (Excessive) |
| | | | Hay Fever | | | | Recent gain or loss of weight | | ✓ | | Drug Use/Addiction |
| | | | Head injury | | | | Arthritis, Rheumatism, or Bursitis | ✓ | | | Marijuana |
| | | | Skin diseases | | | | Bone, joint or other deformity | | | | Cocaine |
| | | | Thyroid trouble | | | | Lameness | | | | Heroin |
| | | | Tuberculosis | | | | Loss of finger or toe | | | | L.S.D. |
| ✓ | | | Asthma | | | | Painful or "Trick" shoulder or elbow | | | | Amphetamines |
| | | | Shortness of breath | | | | Recurrent back pain | | | | Others: (Specify) |
| | | | Pain or pressure in chest | | | | "Trick" or locked knee | | | | |
| | | | Chronic cough | | | | Foot trouble | | | | Alcohol or drug |
| | | | Palpitation or pounding heart | | | | Neuritis | | | | Withdrawal Problems |
| | | | Heart trouble | | | | Paralysis (include infantile) | | | | |
| | | | High or low blood pressure | | | | | | | | |
| ✓ | | | Cramps in your legs | | | | | | | | |
| | | | Frequent indigestion | | | | | **10. FEMALES ONLY HAVE YOU EVER** | | | | |
| | | | Stomach, liver, or intestinal trouble | | | | | | | | Been treated for a female disorder |
| | | | Gall bladder trouble or gallstones | | | | | | | | Had a change in menstrual pattern |
| | | | Jaundice or hepatitis | | | | | ARE YOU PREGNANT | | | | |
| | | | | | | | | SUSPECT YOU ARE PREGNANT | | | | |

| 11. WHAT IS YOUR USUAL OCCUPATION? | 12. ARE YOU (Check one) |
|---|---|
| | ☐ Right handed    ☑ Left handed |

USP LVN

000031

CHECK EACH ITEM YES OR NO EVERY ITEM CHECKED YES MUST BE FULLY EXPLAINED IN BLANK SPACE BELOW

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | | 13. Have you been refused employment or been unable to hold a job or stay in school because of: A. Sensitivity to chemicals, dust, sunlight, etc. | | | 18. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) |
| | | B. Inability to perform certain motions. | | | 19. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) |
| | | C. Inability to assume certain positions. | | | |
| | | D. Other medical reasons (If yes, give reasons.) | | | |
| | | 14. Have you ever been treated for a mental condition? (If yes, specify when, where, and give details). | | | 20. Have you ever been rejected for military service because of physical, mental, or other reason? (If yes, give date, and reason, for rejection). |
| | | 15. Have you ever been denied life insurance? (If yes, state reason and give details.) | | | 21. Have you ever been discharged from military service because of physical, mental, or other reasons? (If yes, give date, reason, and type of discharge whether honorable, other than honorable, for unfitness or unsuitability.) |
| | | 16. Have you had, or have you been advised to have, any operations? (If yes, describe and give age at which occured.) | | | |
| | | 17. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | | | 22. Have you ever received, is there pending, or have you applied for pension, or compensation for existing disability? (If yes, specify what kind, granted by whom , and what amount, when, why.) |

EXPLANATION: (#13-22 ABOVE)

PMH - CP, Asthma, SABC, Scoliosis (COR1)

PSH - multiple orthopedic for feet 2° CP

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record.

TYPED OR PRINTED NAME OF EXAMINEE

SIGNATURE

INTAKE SCREENING:

INMATE RECEIVED FROM: COURT _____ TRANSFER _____ P.V.

OTHER _____

MEDICAL STAFF'S COMMENTS AND OBSERVATIONS: PLEASE DIRECT YOUR ANSWERS TO MENTAL STATUS, POTENTIAL SUICIDE, APPEARANCE, CONDUCT, STATE OR CONSCIOUSNESS, RASHES, JAUNDICE, BRUISES AND/OR MARKS, SWEATING, BODY DEFORMITIES, ETC. NOTE OBSERVATIONS IN BLOCK 23 BELOW.

IF DRUGS HAVE BEEN USED, NOTE TYPE, HOW LONG, HOW MUCH, HOW OFTEN, HOW USED, WHEN WERE THEY LAST USED: HAVE

THERE BEEN ANY PROBLEMS SINCE STOPPING THE USE OF DRUGS OR ALCOHOL? None

DOES PATIENT NEED TO BE SEEN IMMEDIATELY BY THE MEDICAL STAFF YES _____ NO ✓

WHAT ARRANGEMENTS HAVE BEEN MADE? Referral CCC in 30 days

DUTY STATUS: TEMPORARY WORK _____ RESTRICTED ✓

GENERAL POPULATION ✓ YES ☐ NO Bottom Bunk Pass

TYPE AND EXTENT OF LIMITATION

23. Physician's summary and elaboration of all pertinent data (Physician shall comment on all positive answers in item 6 through 22. Physician may develop by interview any additional medical history he deems important, and record any significant findings here.)

37 y/o M ♂

Scoliosis

CP

Asthma

SABC

GERD

adjustment A D/O

FCI McKean

Date Inmate Received 12-16-03

Medical Hx. Reviewed    Yes ✓    No____

Evidence of Lice    Yes____    No ✓

Suicidal Thoughts    Yes____    No ✓

Recent Assault. Trauma or Abuse    Yes____    No ✓

S & S Infectious Dis.    Yes____    No ✓

Allergies to Meds.    Yes ✓    No____ (ASA)

Medications Given?    141 DI's x 2

℞ Ritlin x 3

TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER    Robert E. Piotrowski, PA-C    FCI McKean

DATE    12/16/03

SIGNATURE

NUMBER OF ATTACHED SHEETS

REVERSE

BP-S354.060 INTAKE SCREENING - MEDICAL
NOV 94

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

(Medical staff shall complete this screening form on all arrivals to the Institution)

| Institution | Date of Arrival | Time of Arrival |
|---|---|---|
| McKean | 12/16/03 | 1300 |

| Inmate's Name | Register Number |
|---|---|
| Manso Osmael | 09703-055 |

### M E D I C A L   C L E A R A N C E

1. BP-149(60) reviewed? ☒ yes; ☐ no (Explain)

2. General Population Housing Approved? ☒ yes; ☐ no (Specify limitation or need)

   Requires Bottom Bunk

3. Approved for Temporary Work Assignment? ☐ yes; ☒ no (Specify limitations or exclusions)

   2° #5 Below

4. For Holdovers: OK for Continued Transport? ☐ yes; ☐ no (Explain)

   N/A

5. Disabilities? ☒ yes   ☐ no   (If yes, enter code(s) into MDS)
   Code(s)

   Cerebral Palsy
   Scoliosis  } Work restriction (+) Req. Bottom Bunk

6. Remarks:

   None

| Medical Staff Signature | Date | Time |
|---|---|---|
| | Robert E. Piotrowski, PA-C   FCI McKean | 1305 h |

Medical Staff Title

Record Copy - Inmate Central File; copy - file
(This form may be replicated via WP)

Replaces BP-354(60) of APRIL 1990
and BP-S354 of AUG 1994

000033

BP-S618.060  **CLINICAL DENTAL RECORD**  CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

---

Examination:  ☑ Screening    ☐ Comprehensive    ☐ Periodic



RIGHT
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

**Occlusion**
Class II

**Oral Hygiene**
Good    (Fair)    Poor

**CPITN**
| 3 | 3 | 3 |
| 3 | 3 | 3 |

**Head & Neck/Soft Tissue**
STWNL

**Additional Findings** Ant crowding
- #8 & 9 discolored
- heavy calc + stain

D: ___
M: ___
F: ___

---

**Treatment Completed**



RIGHT
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | LEFT |
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 | |

**Recommended Treatment Plan**

☑ Radiographs

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction

☐ Periodontal Evaluation    0    I    II    III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

☐ Prosthodontic Evaluation

---

Patient Name: Manso Diaz, A.
Number: 09105-055
Sex: M  F
Age: 37
11-25-66

Dentist Signature: _____      Date 2-20-04
W. K. Collins, DDS
CDO
FCI McKean

FCI McKean

000034

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 02-20-04 11 00ms | | A&O Exam, Health History reviewed. Sick call and call-out procedures explained.  *OHI given* |
| | | |
| | | J.L. Schroll, RDH FCI McKean |
| | | W. K. Collins, DDS CDO FCI McKean |

Language template provided in Spa _____, or _Englis_ _____

| | | | |
|---|---|---|---|
| 1. | Are your currently taking any medication? If so, what? _Amplictone 500 mg_ | ✓ YES | ___ NO |
| 2. | Are you allergic to or have you had a reaction to any medication or drug? If so, what? _Aspirin_ | ✓ YES | ___ NO |
| 3. | Have you been under the care of a physician during the past two years? If so, why? _I got celecial phecap_ | ✓ YES | ___ NO |
| 4. | Have you been hospitalized in the past two years? If so, why? _____ | ___ YES | ✓ NO |
| 5. | Do you have or have you ever had a heart murmur or been treated for a heart condition? | ___ YES | ✓ NO |
| 6. | Have you ever been treated for a tumor, growth, or cancer? | ___ YES | ✓ NO |
| 7. | Have you ever had excessive or prolonged bleeding as a result of a medical condition or medication (ex. Hemophilia or blood thinners)? | ___ YES | ✓ NO |
| 8. | Do you have a latex allergy? | ___ YES | ✓ NO |
| 9. | Do you currently use tobacco products? | ✓ YES | ___ NO |
| 10. | WOMEN ONLY: Are you pregnant? | ___ YES | ___ NO |

Check any of the following that you have had:

| | | |
|---|---|---|
| ___ Congenital heart defects | ✓ Arthritis | ___ Epilepsy or seizures |
| ___ Heart attack or heart problems | ___ Artificial heart valve | ___ Diabetes |
| ___ Stroke | ___ Hepatitis (□A □B □C) | ___ AIDS or HIV infection |
| ___ Rheumatic fever | ___ Any type of transplant | ___ Emphysema |
| ___ Mitral Valve Prolapse | ___ Steroid treatment | ___ Tuberculosis (TB) |
| ___ Anemia (blood problems) | ___ Sickle Cell Anemia | ___ Psychiatric treatment |
| ___ Thyroid problems | ___ Angina | ✓ Artificial joint |
| ___ Chronic bronchitis | ___ High blood pressure | ___ Radiation therapy |
| ___ STD (syphilis, gonorrhea, herpes) | ___ Heart pacemaker | ✓ Asthma |
| ___ Angio edema | ___ Glucose - 6-phosphate dehydrogenase deficiency | |

Do you have any disease, condition, or problem not listed? _____

Check any of the following that you have had or applies to you:

| | | |
|---|---|---|
| ___ Sensitive teeth | ___ Unusual sounds while eating | ___ Burning tongue |
| ___ Bleeding gums | ___ Snoring | ___ Bad breath |
| ___ Food impaction | ___ Blisters on lips or mouth | ___ Decayed teeth |
| ___ Pain around ear | ___ Clenching or grinding | ___ Loose teeth |
| ___ Tooth ache | ___ Swelling or lumps in mouth/throat | ___ Wear dentures |
| ___ Wear partial dentures | | |

| | |
|---|---|
| Printed Name: _Almond Ramie Dine_ | Signature: _Almy J Ramie MD_ |
| Reg. No.: _09105 - 055_ | Institution: FCI McKean |
| Date: _3/26/04_ | Updated: |

This form may be replicated via WP!

## FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>                          UNIT:_____    DATE: _12/17/03_

INMATE'S NAME: _Mann, Ahmad_      DETAIL: _____    REG. NO. _09105-055_

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 ___

( ) CONVALESCENCE: List any restricted activity for medical reasons._____
_____ THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_Lower limb._ _____ THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED: (2) Med Unassigned

( ) FULL DUTY:                                        _____
**Physician or Physician Assistant**

## DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

FULL DUTY - No work restrictions because of physical, medical or mental disability.

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>        UNIT: <u>BB</u>        DATE: <u>12/22/03</u>

INMATE'S NAME: <u>MANSO-DIAZ, A.</u>        DETAIL: <u>unassigned</u>        REG. NO. <u>09105-055</u>

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 ___

( ) CONVALESCENCE: List any restricted activity for medical reasons._____

_____ THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason._____

_____ THRU 12 MIDNIGHT _____ 19 ___

( ) TOTALLY DISABLED:

( ) FULL DUTY:        Steven Latrozzi, PA-C
                     Physician Assistant

<u>Soft Shoe (Sneaker) PASS x 6 months</u>        /s/ _____

**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

**RESTRICTED DUTY** - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

---

# FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
## FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: <u>ALL CONCERNED</u>        UNIT: <u>BB</u>        DATE: <u>12-17-03</u>

INMATE'S NAME: <u>Manso-Diaz, Abrumael</u>        DETAIL: <u>Unassigned</u>        REG. NO. <u>09105-055</u>

*For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.*

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 ___

( ) CONVALESCENCE: List any restricted activity for medical reasons._____

_____ THRU 12 MIDNIGHT _____ 19 ___

( ) RESTRICTED DUTY: Specify exact restriction and reason._____

_____ THRU 12 MIDNIGHT _____ 19 ___

(✓) TOTALLY DISABLED: <u>Unlimited use of</u>

( ) FULL DUTY:        <u>wheelchair</u>        Bonnie Snyder NPC

**Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

**IDLE STATUS** - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.

**CONVALESCENT STATUS** - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.

**RESTRICTED DUTY** - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite.

**TOTALLY DISABLED** - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.

**FULL DUTY** - No work restrictions because of physical, medical or mental disability.

000038

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED          UNIT: AA          DATE: 3/11/04
INMATE'S NAME: MANSO, A          DETAIL: unassigned          REG. NO. 09105-055
For Medical purposes, the inmate named above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 ___
( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
_____ THRU 12 MIDNIGHT _____ 19 ___
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 ___
( ) TOTALLY DISABLED: _____ THRU 12 MIDNIGHT _____ 19 ___
( ) FULL DUTY:
      *Arm Sling x 2 weeks*          Steven Labrozzi, PA-C
                                     Physician Assistant
                                     **Physician or Physician Assistant**

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

---

FEDERAL CORRECTIONAL INSTITUTION HOSPITAL
FCI MCKEAN, PA

## IDLE, CONVALESCENT AND CHANGE IN WORK CLASSIFICATION STATUS

TO: ALL CONCERNED          UNIT: A/A          DATE: 1/22/04
INMATE'S NAME: Ishmael Manso          DETAIL: unassigned          REG. NO. 09165-055
For Medical purposes, the inmate above has been authorized the work and/or activity status listed below the reason(s) and the time shown.

## MEDICAL CLASSIFICATION STATUS: (Check one and answer questions)

( ) IDLE: Reason _____ THRU 12 MIDNIGHT _____ 19 ___
( ) CONVALESCENCE: List any restricted activity for medical reasons. _____
      *Scolious case!* _____ THRU 12 MIDNIGHT _____ 19 ___
( ) RESTRICTED DUTY: Specify exact restriction and reason. _____
_____ THRU 12 MIDNIGHT _____ 19 ___
( ) TOTALLY DISABLED: *Please find The Thickest mattress*
( ) FULL DUTY:  *(Camp mattress)*
                                     Physician or Physician Assistant

### DEFINITIONS AND INSTRUCTIONS

IDLE STATUS - temporary disability not to exceed three days duration including weekends and holidays. Restricted to room except for meals, barbering, religious services, sick call, visits and call outs. No recreation activity.
CONVALESCENT STATUS - Recovery period for operation, injury, or serious illness. Not less than four days and not to exceed thirty days, subject to renewal. Excused from work and may not participate in any recreational activities outside the unit.
RESTRICTED DUTY - Restricted from specific activities because of physical or mental handicap. List handicap, work limitation and time period, either specific date or indefinite
TOTALLY DISABLED - Totally unemployable and unassigned because of mental or physical reasons. Condition generally expected to last indefinitely.
FULL DUTY - No work restrictions because of physical, medical or mental disability.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Medical Records* | DATE: *4/21/04* |
|---|---|
| FROM: *Abismael Manso Diaz* | REGISTER NO. *09105-055* |
| WORK ASSIGNMENT: *Unassigned* | UNIT: *AA* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

*I Would like To Have copy of my Medical Records*
*Please The HIV Test Result & The last Appointment with*
*Dr. Beam I Need Those copy To Take if With me Home*
*The last visit with Dr Beam was on 4/21/04*

*Thank you*

(Do not write below this line)

DISPOSITION:

*See Attached (1)*
*HIV test results are non-releasable*
*while you are in BOP Custody.*

*FCI McKean*

| Signature Staff Member | Date *4/22/04* |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

000040


Printed on Recycled Paper

BP-S489.061  HIV COUNSELING DOCUMENTATION  CDFRM
APR 99
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

Directions:

Use the following criteria to counsel the patient who is tested for the HIV antibody.  Check off each item as they are discussed.  Write NA beside any item that is inappropriate to the situation.  Secure this form until pre- and post-test counseling is completed, then file in the patient's chart, documenting in progress notes that counseling was completed as provided on forms BP-490(61), BP-491(61), and BP-492(61), as appropriate.

PRE-TEST:

___✓___ 1.    Explain purpose of session.

___✓___ 2.    Explain confidentiality.

___✓___ 3.    Explain HIV antibody test.

    ___✓___ a.    What AIDS is
    ___✓___ b.    What the test is
    ___✓___ c.    Test Procedure
    ___✓___ d.    Meaning of test results
    ___✓___ e.    Inability of detecting early infection (false negatives)
    ___✓___ f.    Possible need for additional testing
    ___✓___ g.    Complications and consequence of a positive test.

___✓___ 4.    List risk factors.

___✓___ 5.    Explain precautions for persons with possible exposure.

___✓___ 6.    Obtain informed consent (when applicable).

___✓___ 7.    Risk Reduction Behaviors.  Educational material given.

_____ 8.    Patient Reactions/Comments.

| Inmate Name  MANSO-DIAZ, ABImAEL | Register No.  09105-055 |
|---|---|

I understand the above information about the HIV test.

| Signature of Inmate  _(signature)_ | Signature of Staff Counselor  _Uzekai, MI_ |
|---|---|
| Date:  4/1/04 | |

File in the Medical Record: Section 6.

BP-S148.055  INMATE REQUEST TO STAFF CORM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
| Medical Records | 4/11/04 |
| FROM: | REGISTER NO.: |
| Abimael MANSO DIAZ | 09105-055 |
| WORK ASSIGNMENT: | UNIT: |
| Unasigned | AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I Need Copy of my last visit with the PA on 4/8/04
And 4/1/04 ok my Medical Records

Thank you

(Do not write below this line)

DISPOSITION:

See Attached
(2) pgp.

FCI McKean

| Signature Staff Member | Date |
|  | 4/13/04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

000042

BP-S148.055 **INMATE REQUEST** ● **STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
| --- | --- |
| *Medical Records* | 3/15/04 |
| FROM: *Abimael Manso Diaz* | REGISTER NO.: 09105-055 |
| WORK ASSIGNMENT: *Med Unassigned* | UNIT: AA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I NEED COPY OF MY Medical Records

THANK YOU

(Do not write below this line)

DISPOSITION:

See attached
pages (8)

FCI McKean

| Signature Staff Member | Date |
| --- | --- |
| 3/15/04 | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94



000043

Inmate Sick Call Sign-Up Sheet
(Formulario Registro para Atencion Medica de Confinado)

## INSTRUCTIONS

You must fill out this form completely, numbers 1-9:
(Debe de llanar este formulario completamente, numeros 1-9.)

1. Name: _Abimael Manso Diaz_
   (Nombre)

2. Reg. Number: _09105-055_
   (Numero de Registro)

3. Date: _1/21/04_
   (Fecha)

4. Housing unit and Unit Team: _AA_  TEAM: A  B  C  D
   (unidad y equipo de la unidad)

5. Complaint, What is your problem?
   (Queja). Cual es su problema?)
   _Spinal Problem._ _WANTS SPECIAL_
   _MATTRESS_

6. How long have you had this problem?
   (Durante cuante tiempo ha tenido este problema?)
   Days _____ Months _____ Years _10_
   (Dias)        (Meses)        (Anos)

7. Are you on any medication(s) at present? Yes _____ No _____
   (Esta usted tomando alguna(s) medicinas actualmente?)

8. Have you purchased Over-the-Counter Medications from Commissary?
   (Ha comprado medicinas non-prescipcion en la Comisaria?)
   Yes _____ No _✓_

9. Signature _Abimael Manso Diaz_
   (Firma)

### TO BE COMPLETED BY HEALTHCARE STAFF TRIAGE PERSONNEL:

10. Date seen: _Mr. Marks_   1-27-04

11. Time seen: _Mr Kindervicher, your unit manager, called_

12. Subjective: _me got late Getering attention, he told me_
    _you have this mattress on your bed_
    _if this this mattress else's helping you._

13. Objective: Temp: _____ Pulse _____ Respirations _____ B/P _____

14. Appointment Date: _____ Appointment Time _____

15. Triage Personnel's Signature: _____