**Document 3**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
NO. 05-CV-0134

| | | |
|---|---|---|
| ABIMAEL MANSO-DIAZ, | : | |
| Plaintiff, | : | DECLARATION OF |
| - v - | : | MONICA RECKTENWALD |
| JAMES SHERMAN, | : | |
| Defendant. | : | |

I, Monica Recktenwald, make the following declaration under penalty of perjury:

1. I am an Executive Assistant employed by the United States Department of Justice, Federal Bureau of Prisons, Federal Correctional Institution (FCI), McKean, Pennsylvania. Pursuant to my official duties, I have access to records maintained in the ordinary course of business at FCI McKean, including records maintained in inmate central files for inmates who are either currently incarcerated at FCI McKean, or for those inmates who were released from FCI McKean to either a Community Corrections Center (CCC) for completion of their terms of imprisonment or to their residences to serve a term of supervised release.

2. Attached hereto, please find the following documents, which are maintained in the ordinary course of business in the Central File of former inmate Abimael Manso-Diaz, Reg. No. 09105-055, at FCI McKean:

    1. Incident Report Number 1199142;

    2. Administrative Detention Order, dated March 7, 2004, regarding inmate Manso-Diaz, Abimael, Register Number 09105-055.

I declare the foregoing is true and correct to the best of my knowledge and belief, and is given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this ____ day of May, 2005.

_____
Monica Recktenwald
Federal Correctional Institution
McKean, PA