# Document 3b

# ADMINISTRATIVE DETENTION ORDER

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

FCI MCKEAN, PENNSYLVANIA
Institution

Date/Time: 03-07-2004   5:00 P.M.

TO : Special Housing Unit Officer

FROM : __B. ROY, Lieutenant__
       (Name/Title)

SUBJECT : Placement of: __Manso-Diaz, Abimael (A-A-105L)__ , Reg. No. __09105-055__ in Administrative Detention

____ (a) Is pending a hearing for a violation of Bureau regulations;
_XX_ (b) Is pending investigation of a violation of Bureau regulations;
____ (c) Is pending investigation or trial for a criminal act;
____ (d) Is to be admitted to Administrative Detention

  ____ (1) Since the inmate has requested admission for protection;
       I hereby request placement in Administrative Detention for my own protection.

       Inmate Signature/Register No.: _____

       Staff Witness Printed Name Signature: _____

  ____ (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not
       requested admission; referral of the necessary information will be forwarded to the UDC/DHO for
       appropriate hearing.

____ (e) Is pending transfer or is in holdover status during transfer.
____ (f) Is pending classification; or
____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by
       the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because __YOU HAVE BEEN PLACED IN ADMINISTRATIVE DETENTION FOR REFUSING AN ORDER AND INTERFERING WITH THE 4:00 P.M. STAND UP COUNT.   THIS TYPE OF BEHAVIOR UNDERMINES STAFF'S AUTHORITY AND COULD ENCOURAGE OTHER INMATES TO PARTICIPATE IN SIMILAR ACTIVITY.__
Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on (date / time) : __3-07-04   7:15 P.M.__

Staff Witness Signature/Printed Name __J O'BRIEN, ACTING LIEUTENANT__

*In the case of DHO action, reference to that order is sufficient. In other cases, the officer will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager;
Copy - Operation Supervisor - Administrative Detention Unit; Copy - Central File

(This form may be replicated via WP)                                Replaces BP-308(52) of JAN 88