```
          UNITED STATES
          DISTRICT COURT
       WESTERN DISTRICT OF PENNSYLVANIA
            PITTSBURGH Division

        #  06000692  -  M
        November 14, 2005


   Code   Case #    Qty      Amount

   PRO HAC  05-192E   1 @   40.00
                            40.00 CH


   TOTAL→                   40.00



   FROM: SHATKIN & SHATKIN
         434 DELAWARE AVENUE
         BUFFALO NY 14202
```